**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**CASE NO. 1:25-CV-24241-DIMITROULEAS**

REYES HERNANDEZ GONZALES,

   *Plaintiff,*

   v.

NICOLÁS MADURO MOROS, *et al.,*

   *Defendants.*

Case No. 1:25-cv-24241-Dimitrouleas

**RENEWED MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Claire A. DeLelle of the law firm of White & Case LLP, 701 13th St NW, Washington, D.C. 20005, (202) 626-3600, for purposes of appearance as co-counsel on behalf of Petróleos de Venezuela, S.A. ("PDVSA") in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Claire A. DeLelle to receive electronic filings in this case, and in support thereof states as follows:

1.      Claire A. DeLelle is not admitted to practice in the Southern District of Florida and is a member in good standing of the District of Columbia Bar and the U.S. District Court for the District of Columbia.

2.      PDVSA seeks this Court's approval to admit Claire A. DeLelle, Esq., *pro hac vice*, as she is national lead counsel for PDVSA and its affiliated entities with respect to matters arising

out of Plaintiff's and others' attempts to hold PDVSA and its affiliated entities liable for the actions of the illegitimate Maduro regime.

3.    Under the Local Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida:

> A certification that the applicant has studied the Local Rules, is a member in good standing of a qualifying bar, *and has not filed more than three pro hac vice motions in different cases in this District within the last 365 days* shall accompany the pro hac vice motion together with such appearance fee as may be required by administrative order. If permission to appear pro hac vice is granted, such appearance shall not constitute formal admission or authorize the attorney to file documents via CM/ECF.

> Lawyers who are not members of the bar of this Court shall not be permitted to engage in general practice in this District. For purposes of this rule, *the filing of more than three motions to appear pro hac vice within a 365-day period in separate cases* before the Courts of this District shall be presumed to be a "general practice." Upon written motion and for good cause shown the Court may waive or modify this prohibition.

Local Rule 4(b)1) and 4(b) 2 of the Local Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys (emphases added).

4.    Ms. DeLelle has only filed two motions to appear *pro hac vice* in different cases within the last 365 days. *See* Mot. for Admission Pro Hac Vice, *Heath v. Maduro*, No. 25-cv-20040 (S.D. Fla. Aug. 1, 2025), ECF 41; Mot. for Admission Pro Hac Vice, *Marron v. Maduro*, No. 21-cv-23190 (S.D. Fl. Oct. 15, 2025), ECF 404.

5.    Ms. DeLelle has also filed a motion to appear *pro hac vice* in this case. *See* Mot. for Admission Pro Hac Vice (Nov. 18, 2025), ECF 12. Ms. DeLelle sought this Court's approval to file more than three motions to appear *pro hac vice* within 365 days for good cause shown, under Local Rule 4(b)(2). *See id.* at 2. This Court denied that motion on the grounds that Ms. DeLelle had, at that time, "filed more than three motions to appear pro hac vice within a 365-day period."

6.    As of today, however, Ms. DeLelle has only filed two motions to appear *pro hac vice* in other cases in this District within the last 365 days, as stated in her Certification below.

Undersigned counsel therefore respectfully renews Ms. DeLelle's motion to appear *pro hac vice* in this case.

7.      Movant, Jaime Bianchi, Esquire, of the law firm of White & Case LLP, 200 South Biscayne Boulevard, Suite 4900, Miami, FL 33131, (305) 371-2700, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

8.      In accordance with the local rules of this Court, Claire A. DeLelle has made payment of this Court's $250 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

9.      Claire A. DeLelle, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Claire A. DeLelle at email address: claire.delelle@whitecase.com.

WHEREFORE, Jaime Bianchi, moves this Court to enter an Order for Claire A. DeLelle, to appear before this Court on behalf of PDVSA for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Claire A. DeLelle.

Date: December 10, 2025          Respectfully submitted,

                                        */s/ Jaime Bianchi*

                                        Jaime Bianchi
                                        Florida Bar No. 908533
                                        jbianchi@whitecase.com
                                        White & Case LLP
                                        200 South Biscayne Blvd., Suite 4900
                                        Miami, FL 33131
                                        Firm Phone: (305) 371-2700
                                        Movant Phone: (305) 995-5259

                                        *Counsel for Petróleos de Venezuela, S.A.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**CASE NO. 1:25-CV-24241-DIMITROULEAS**

REYES HERNANDEZ GONZALES,

*Plaintiff*,

v.

NICOLÁS MADURO MOROS, *et al.*,

*Defendants*.

Case No. 1:25-cv-24241-Dimitrouleas

**CERTIFICATION OF CLAIRE A. DELELLE**

Claire A. DeLelle, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the District of Columbia Bar and the U.S. District Court for the District of Columbia; and (3) I have filed motions to appear *pro hac vice* in the following separate cases in this District within the last 365 days:

- *Marron v. Maduro*, No. 1:21-cv-23190-MORENO

  - Date filed: Oct. 15, 2025

  - Date granted: Oct. 20, 2025

- *Heath v. Maduro*, No. 1:25-cv-20040-BECERRA

  - Date filed: Aug. 1, 2025

  - Date granted: Aug. 4, 2025

*/s/ Claire A. DeLelle*

Claire A. DeLelle
D.C. Bar No. 974945
claire.delelle@whitecase.com
White & Case LLP
701 13th St NW #600
Washington, D.C. 20005
(202) 626-3600